UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE ENESCU, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES MARSHAL SERVICE, <br><br> Defendant. | 4:20-CV-04097-KES <br><br><br> ORDER DIRECTING PLAINTIFF TO PAY THE FULL FILING FEE OR MOVE FOR IN FORMA PAUPERIS STATUS |

On July 1, 2020, plaintiff George Enescu filed a prisoner pro se civil rights lawsuit. Docket 1. Under the Prison Litigation Reform Act (PLRA), a prisoner who "brings a civil action or files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). At this time, Enescu has not moved for in forma pauperis status or in the alternative, has not paid the full filing fee. Enescu must pay the filing fee or file a motion to proceed in forma pauperis by September 28, 2020.

Thus, it is ORDERED

1. That Enescu must pay the full filing fee of ($400.00) or move for in forma pauperis status by September 28, 2020. If Enescu does not pay the full filing fee or move for in forma pauperis status by September 28, 2020, the court will dismiss his complaint without prejudice for failure to prosecute.

Dated August 31, 2020.

BY THE COURT:

/s/ *Karen E. Schreier*
_____
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE