UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE ENESCU,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES MARSHAL SERVICE,<br><br>Defendant. | 4:20-CV-04097-KES<br><br><br><br>ORDER DISMISSING COMPLAINT<br>FOR FAILURE TO PROSECUTE |

Plaintiff, George Enescu, filed a prisoner pro se civil rights lawsuit. Docket 1. Under the Prison Litigation Reform Act (PLRA), a prisoner who "brings a civil action or files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). This Court ordered Enescu to move for in forma pauperis status or pay the full filing fee by September 28, 2020. Docket 3. At this time, Enescu has not moved for in forma pauperis status or in the alternative, has not paid the full filing fee.

Thus, it is ORDERED:

1. That Enescu's complaint is dismissed without prejudice for failure to prosecute.

Dated September 29, 2020.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE